UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA             :

    v.                                                              :

                                      08 Cr.

JAMES FOX,                                         :   **'08 CRIM    749**

        Defendant.                        :

------------------------------x

       **JAMES FOX**, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 641 and 2, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                                            */s/ James Fox*
                                                                                         Defendant

                                                                                         */s/ Counsel*
                                                                                         Counsel for Defendant

Date:  White Plains, New York
           August 13, 2008

*[Filed stamp: U.S. District Court Filed AUG 13 2008 S.D. W.P. of N.Y.]*