UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 749 (SCR)

v.

James Fox,

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Martin R. Goldberg, United States Magistrate Judge, dated August 13, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: _Sept. 19, 2008_

SO ORDERED:

Stephen C. Robinson

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC S
DOC
ELEC
DOC #
DATE FILED: